Rivers merely assist the skeleton, but do not replace its function.

The items claimed to be exempt by Four Rivers are not prosthetic devices as referenced under section 144.030.2(18). The Director's assessment of tax on the items in dispute here is consistent with Missouri's Code of State Regulations as well as the Social Security Act.

Four Rivers' second point is denied.

The decision of the AHC is affirmed.

All concur.

**ORDER**

PER CURIAM:

Appeal from judgment of conviction for assault in the second degree, § 565.060, RSMo 1986, and sentence of one year and armed criminal action, § 571.015 and sentence of three years with sentences to run consecutively. Appeal from judgment denying relief under Rule 29.15. The judgments are affirmed. Rules 30.25(b) and 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Douglas Leroy STEVENS, Appellant.**

**Douglas STEVENS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 44866, WD 46751.**

Missouri Court of Appeals,
Western District.

June 8, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 1993.

Application to Transfer Denied
Sept. 28, 1993.

Craig A. Johnston, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and
TURNAGE and KENNEDY, JJ.

**Jimmy E. ATKINSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 46632.**

Missouri Court of Appeals,
Western District.

June 22, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 1993.

Application to Transfer Denied
Sept. 28, 1993.

Laura Martin, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and
TURNAGE and KENNEDY, JJ.